

EXHIBIT B

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| Delmer Dougherty,<br><br>    Plaintiff,<br><br>v.<br><br>Delanore, Kemper & Associates, LLC,<br><br>    Defendant. | Case No. 2:08-cv-00870-RCM<br><br><br><br><br>**AFFIDAVIT OF COUNSEL** |

STATE OF ILLINOIS      )
                                   ) ss
COUNTY OF COOK       )

Now comes Attorney Richard J. Meier, being duly sworn, and for his Affidavit states the following:

1. I represented the Plaintiff in the above-captioned case and have specific knowledge about the terms of the settlement.

2. On December 15, 2008, Plaintiff and Defendant agreed to settle the above-referenced case for $10,000.

3. On January 5, 2009, Plaintiff filed a Notice of Settlement in the above-captioned matter to alert the Court of the Settlement. On January 6, 2009, the Court entered an Order closing the case.

4. Between January 2009 and September 2009, I communicated with Defendant's attorney, Franzen & Salzano, PC, on numerous occasions to inquire about the status of the settlement funds.

5. In July 2009, Legal Helpers, P.C. received a check from Defendant for $3,333.33 towards the settlement on the above-captioned matter.

6. On August 31, 2009, I received a letter from Franzen & Salzano PC stating that it no longer represented Defendant.

                                                                                     _/s/ Richard J. Meier_
                                                                                      Richard J. Meier

Sworn to and subscribed before me this 29th day of September, 2009.   _Raisa Lakirovich_
                                                                                                            Notary

OFFICIAL SEAL
RAISA LAKIROVICH
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/24/12

1