**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| Delmer Dougherty,  Plaintiff,  v.  Delanore, Kemper & Associates, LLC,  Defendant. | Case No. 2:08-cv-00870-RCM  **NOTICE OF SATISFACTION OF JUDGMENT** |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the judgment entered against Defendant in the above-captioned case has been satisfied in full.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:*/s/ Richard J. Meier*
Richard J. Meier
233 S. Wacker Drive, Suite 5150
Chicago, IL 60606
Tel: 1.866.339.1156
Fax: 1.312.822.1064
rjm@legalhelpers.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail.

Matthew R. Rosenkoff, Esq.
Weinstock & Scavo, P.C.
3405 Piedmont Road, Suite 300
Atlanta, GA 30305

      */s/ Richard J. Meier*